Case 6:15-cr-10147-JWB  Document 30  Filed 08/31/16  Page 1 of 1
AO 245B    (Rev. 10/15 - D/KS 04/16) Judgment in a Criminal Case Case 6:15-cr-10147, Document: 28, Filed: 07-12-2016, Page 2 of 6
Sheet 2 – Imprisonment

Judgment – Page **2** of 6

DEFENDANT: James K. Arnel
CASE NUMBER: 6:15CR10147 - 001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months.

☒ The Court makes the following recommendations to the Bureau of Prisons:
At the request of defense counsel, the Court recommends the defendant be designated to the Bureau of Prisons in Seagoville, Texas or as a second choice to Englewood, Colorado in order to facilitate visitation with family and friends.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

  ☐ at ___ on ___.

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before ___ on ___.

  ☒ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Officer.

**FILED**
U.S. District Court
District of Kansas

AUG 3 1 2016

Clerk, U.S. District Court
By _____ Deputy Clerk

## RETURN

I have executed this judgment as follows:

Defendant delivered on _August 23, 2016_ to _FCI Texarkana_
at _Texarkana, TX_, with a certified copy of this judgment.

UNITED STATES MARSHAL   *Acting Warden*

By _Y. _____
Deputy U.S. Marshal   CSO